Daniel F. Fears, Bar No. 110573
E-mail:  dff@paynefears.com
Laura Fleming, Bar No. 219287
E-mail:  lf@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
THE BOEING COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN ACOSTA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOEING COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. SACV 08-342-AG(MLGx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |

Pursuant to stipulation between the parties, it is hereby ORDERED that all claims for relief in the above-captioned action brought by Plaintiff Marilyn Acosta be, and hereby are, dismissed in their entirety with prejudice, each party to bear their own costs and attorney's fees.

DATED: February 12, 2009

_____
Hon. Andrew J. Guilford
United States District Court,
Central District of California